


CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022-05421　　　　　　　　　　　　　　　　DIVISION " "

SECTION 16

SAMUEL HUNTER

VS.

HUDSON INSURANCE COMPANY, GULF RELAY, LLC, JOHN DOE,
AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

FILED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **SAMUEL HUNTER**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**HUDSON INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**GULF RELAY, LLC**, a foreign limited liability company authorized to do and doing business in the State of Mississippi;

**JOHN DOE**, a person believed to be of the full age of majority and who we do not know the identity of at this time but will amend at a later date; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** (in its capacity as uninsured/underinsured motorist carrier), a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido*, liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until

paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **July 15, 2021**, an accident occurred on Interstate 10 in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **GULF RELAY, LLC** and operated by **JOHN DOE** improperly changed lanes striking the vehicle owned and operated by **SAMUEL HUNTER**.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **JOHN DOE**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Improper lane usage;

b) Hit and run;

c) Careless operation;

d) Failure to maintain a safe distance from other vehicles;

e) Failure to see what he should have seen;

f) Failure to keep a good and careful lookout;

g) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

h) Failure to maintain reasonable and proper control of the vehicle which he was operating;

i) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

j) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **JOHN DOE**, Petitioner, **SAMUEL HUNTER**, was injured and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **JOHN DOE** was in the course and scope of his employment with **GULF RELAY, LLC** on the date of this accident, thus rendering said defendant, **GULF RELAY, LLC**, vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **HUDSON INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **GULF RELAY, LLC** and operated by **JOHN DOE**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **HUDSON INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

VIII.

Upon information and belief, defendant, **GULF RELAY, LLC** and **JOHN DOE** are underinsured to fully compensate Petitioner for his damages. At all relevant times, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist coverage on the vehicle owned and operated by **SAMUEL HUNTER** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, liable unto Petitioner with the other named defendants.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **HUDSON INSURANCE COMPANY, GULF RELAY, LLC, JOHN DOE,** and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of

future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
DAVID G. KLEINSCHMIDT #39238
3501 Canal Street
New Orleans, Louisiana 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
dkleinschmidt@edwardwomac.com

**PLEASE SERVE:**

**HUDSON INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**GULF RELAY, LLC**
Through Its Registered Agent for Service of Process:
Through the Louisiana Long Arm Statute:
Capitol Corporate Services, Inc.
248 East Capitol Street
Suite 840
Jackson, Mississippi 39201

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE WITHOLD SERVICE:**

**JOHN DOE**

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-05421          DIVISION: A          SECTION: 16

HUNTER, SAMUEL

Versus

HUDSON INSURANCE COMPANY ET AL

## CITATION

TO: HUDSON INSURANCE COMPANY

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jasmine Bryant, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within Petition for Damages ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. ____ Deputy Sheriff of ____ Mileage: $ ____ /ENTERED/ PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this ____ day of ____ served a copy of the within Petition for Damages ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HUDSON INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day No. ____ Deputy Sheriff of ____ |

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939564          Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05421 | DIVISION: A | SECTION: 16 |
|---|---|---|

HUNTER, SAMUEL

Versus

HUDSON INSURANCE COMPANY ET AL

## CITATION

TO: HUDSON INSURANCE COMPANY

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within **Petition for Damages** ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / PAPER  RETURN SERIAL NO.  DEPUTY  PARISH | On this ___ day of _____ served a copy of the within **Petition for Damages** ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HUDSON INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day ___ No. ___ Deputy Sheriff of ___ |

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939564    Page 1 of 2

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-05421         DIVISION: A         SECTION: 16

HUNTER, SAMUEL

**Versus**

HUDSON INSURANCE COMPANY ET AL

## CITATION

TO: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

A TRUE COPY
*[signature]*
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939566         Page 1 of 2

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-05421          DIVISION: A          SECTION: 16

HUNTER, SAMUEL

Versus

HUDSON INSURANCE COMPANY ET AL

## CITATION

TO: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within Petition for Damages ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / PAPER ___ RETURN ___ SERIAL NO. ___ DEPUTY ___ PARISH ___ | On this ___ day of ___ served a copy of the within Petition for Damages ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) being absent from the domicile at time of said service. Returned the same day No. ___ Deputy Sheriff of ___ |

**A TRUE COPY**
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939566          Page 1 of 2

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05421 | DIVISION: A | SECTION: 16 |
|---|---|---|

### HUNTER, SAMUEL

**Versus**

### HUDSON INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: GULF RELAY, LLC

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC.
248 EAST CAPITOL STREET, SUITE 840, JACKSON, MS 39201

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within Petition for Damages ON GULF RELAY, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC. Returned the same day No. ____ Deputy Sheriff of ____ Mileage: $ ____ / ENTERED / PAPER / RETURN / SERIAL NO. DEPUTY PARISH | On this ____ day of ____ served a copy of the within Petition for Damages ON GULF RELAY, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GULF RELAY, LLC being absent from the domicile at time of said service. Returned the same day No. ____ Deputy Sheriff of ____ |



A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939565                Page 1 of 1

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-05421  DIVISION: A  SECTION: 16

### HUNTER, SAMUEL

#### Versus

### HUDSON INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: GULF RELAY, LLC

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC.
248 EAST CAPITOL STREET, SUITE 840, JACKSON, MS 39201

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within Petition for Damages ON GULF RELAY, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC. Returned the same day No. ____ Deputy Sheriff of ____ Mileage: $ ____ /ENTERED/ PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this ____ day of ____ served a copy of the within Petition for Damages ON GULF RELAY, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CAPITOL CORPORATE SERVICES, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GULF RELAY, LLC being absent from the domicile at time of said service: Returned the same day No. ____ Deputy Sheriff of ____ |

**A TRUE COPY**
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939565   Page 1 of 1

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-05421 | DIVISION: A | SECTION: 16 |
|---|---|---|

**HUNTER, SAMUEL**

**Versus**

**HUDSON INSURANCE COMPANY ET AL**

### CITATION

TO: HUDSON INSURANCE COMPANY

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ PAPER / RETURN SERIAL NO. / DEPUTY / PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON HUDSON INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HUDSON INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10939564     Page 1 of 2

A TRUE COPY
[signature]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-05421      DIVISION: A      SECTION: 16

HUNTER, SAMUEL

Versus

HUDSON INSURANCE COMPANY ET AL

### CITATION

TO: HUDSON INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **HUDSON INSURANCE COMPANY** THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE<br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>____/ ENTERED /____<br>PAPER    RETURN<br>____/____<br>SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **HUDSON INSURANCE COMPANY** THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE<br>by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **HUDSON INSURANCE COMPANY** being absent from the domicile at time of said service.<br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____ |

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 10939564      Page 1 of 2

FILED

2022 JUL -5 PM 12: 11

CIVIL
DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. 2022-05421                                    DIVISION "A-16"

**SAMUEL HUNTER**

**VS.**

**HUDSON INSURANCE COMPANY, GULF RELAY, LLC, JOHN DOE, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
(in its capacity as uninsured/ underinsured motorist carrier)

FILED:_____        _____
                                           **DEPUTY CLERK**

## AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

**DAVID KLEINSCHMIDT**

who, first being duly sworn, did depose and say that:

1. He received a true copy of the Citation and Petition filed on June 20, 2022;

2. He mailed Citation and Petition by Certified Mail to defendant, **GULF RELAY, LLC,** on June 24, 2022;

3. Citation and Petition were received on July 7, 2022, signed by Kerry McCann, as more fully appears from the annexed copy of the post office return for Certified Mail Number 7021 2720 0001 5388 3751. (See Exhibit "A").

New Orleans, Louisiana, July 5, 2022.

```
CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE, ROOM 402
NEW ORLEANS, LA 70112
504- 407-0000

Receipt Date     7/8/2022 12:07:00 PM
Receipt Number   900016
Cashier          jboe

Case Number      2022-05421
Grand Total      $ 2.00
Amount Received  $ 2.00
Balance Due      $ 0.00
Over Payment     $ 0.00

Payment/ Transaction List
Check #  225725  $2.00

Item                 Charged   Paid    Bal
Affidavit of Service  $0.00   $0.00   $0.00
Exhibits (Paper)      $2.00   $2.00   $0.00
```

**DAVID KLEINSCHMIDT**

SWORN TO AND SUBSCRIBED BEFORE
ME, JULY 5, 2022.

_____
NOTARY PUBLIC



JEFFREY GASSER
Notary Public - Louisiana
Jefferson Parish
Notary ID 162674

VERIFIED
7/11/22





VERIFIE

EXHIBIT A

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| EDWARD J. WOMAC, JR.<br>MATTHEW J. SUTTON<br>BRIAN J. BRANCH<br>DOUGLAS J. WOMAC, JR.<br>CHRISTOPHER J. WILLIAMSON<br>SCOTT P. GRIFFIN<br>JONATHAN R. MARLOWE<br>ANDREW J. MURPHY<br>JOSEPH G. LASSALLE<br>JEANANNE F. MONTGOMERY | **3501 CANAL STREET**<br>**NEW ORLEANS, LA 70119**<br>**TELEPHONE: (504) 486-9999**<br>**FACSIMILE (504) 488-4178**<br>www.edwardwomac.com | RYAN E. WOMAC<br>JEFFREY C. GASSER<br>JORDAN A. WOMAC<br>DAVID G. KLEINSCHMIDT<br>JARED B. CIVELLO<br>KYLE M. WIEDEMANN<br>GARY M. LANGLOIS, JR.<br>VICTORIA W. QUINLIVAN<br>ASHLEY B. FISCHER<br>GUY S. PARKS |

DIRECT DIAL: (504) 493-6633
EMAIL: dkleinschmidt@edwardwomac.com

*Reply to Canal Street Office*

July 5, 2022

<u>*Via U.S. Mail*</u>
Civil District Court for Parish of Orleans
Clerk of Court
421 Loyola Avenue
Room 402
New Orleans, LA 70112



RE: *Samuel Hunter vs. Hudson Insurance Company, et al*
Civil District Court, No. 2022-05421, Div. A, Sec. 16

Dear Clerk of Court:

Enclosed for your review and records are one (1) original and one (1) copy of an Affidavit of Service of Process-Long Arm prepared in connection with the above-referenced proceeding. Kindly file the original into the record of these proceedings and return a clocked-in, conformed copy of same to me in the self-addressed stamped envelope herein provided for this purpose.

Also enclosed is our firm check made payable to your office in the sum of $2.00, which will serve as payment in full for the related filing fees.

Should you have any questions or require additional information, please do not hesitate to contact me, or in my absence, you may speak with my legal assistant, Caitlin Pinto.

Sincerely,

David G. Kleinschmidt

DGK/cap
Enclosures

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448